IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARK ANTHONY TEAS                                                      PLAINTIFF

       v.                       Civil No. 07-5146

SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
and SGT. DARREN FAULKENBERRY                DEFENDANTS

**O R D E R**

Plaintiff's complaint was filed in this case on August 15, 2007. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Mark Anthony Teas, complete and sign the attached addendum to his complaint, and return the same to the court **by October 12, 2007. Plaintiff is advised that should he fail to return the completed and executed addendum by October 12, 2007, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 13th day of September 2007.

                                             /s/ *J. Marschewski*
                                             HON. JAMES R. MARSCHEWSKI
                                             UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARK ANTHONY TEAS                                                                      PLAINTIFF


v.                                         Civil No. 07-5146


SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
and SGT. DARREN FAULKENBERRY                                                DEFENDANTS


### ADDENDUM TO COMPLAINT

TO:  MARK ANTHONY TEAS

This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants.  Accordingly, it is required that you fill out this form and send it back to the court **by October 12, 2007**.  Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

### RESPONSE

In your complaint, you allege that excessive physical force was used against you on October 5, 2006, and again on October 26, 2006.  You indicate you were taken to the hospital on both occasions and treated.  However, you indicate you were put down as a self-pay on both occasions.  You state you should not be required to pay for these bills since the injuries occurred while you were in custody.

**AO72A**
**(Rev. 8/82)**

You also allege that Sgt. Faulkenberry has retaliated against you by taking your legal material, legal work, and your legal addresses. You allege he has denied you access to the court.

1. Did you intend to name the deputies who used excessive physical force against you on October 5th as defendants?

Answer: Yes _____ No _____.

If you answered yes, please provide the names of the deputies who you contend used excessive physical force against you on October 5th.

_____

_____

_____

_____

_____

_____

_____

2. Did you intend to name the deputies who used excessive physical force against you on October 26th as defendants?

Answer: Yes _____ No _____.

If you answered yes, please provide the names of the deputies who you contend used excessive physical force against you on October 26th.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      3.  You have alleged Sgt. Faulkenberry has retaliated against you and denied you access to the courts.  Have you missed any deadlines for filing any documents with the court or been unable to pursue any claims because of Sgt. Faulkenberry's actions?

      Answer:  Yes _____   No _____.

      If you answered yes, please describe in detail the deadline you missed or the claim you were unable to pursue.

_____

_____

_____

_____

_____

_____

_____

4. You mention having several felony cases pending. Did you have an attorney representing you on those cases?

Answer: Yes _____ No _____.

If you answered yes, please state how you were harmed by Sgt. Faulkenberry denying you library privileges.

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
MARK ANTHONY TEAS

_____
DATE

**AO72A**
**(Rev. 8/82)**