IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


MARK ANTHONY TEAS                                                    PLAINTIFF


        v.                          Civil No. 07-5146


SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
SGT. DARREN FAULKENBERRY;
OFFICER BAKER; DEPUTY GRANT;
DEPUTY UNDIANO                                                      DEFENDANTS

## O R D E R

        As it appears this case may be resolved on motion for summary judgment, the defendants

are directed to file such a motion on or before **March 31, 2008**.  Once the summary judgment

motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the

motion.  For this reason, plaintiff is directed not to respond to the motion for summary judgment

until so ordered by the court.

        IT IS SO ORDERED this 7th day of January 2008.


                                        /s/ J. Marschewski
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE